friction, the County Court, in March 1680/81, replaced Hugh Clarke as administrator by Abiel Lamb, who was to pay fifty pounds to his father-in-law at the rate of eight pounds a year (S. F. 2997.11).

The habit of litigation seems to have become too deeply ingrained in the family, however, to be so easily eradicated: in July, 1682, Clarke sued his son-in-law unsuccessfully for one instalment of his compensation which he alleged had not been paid (S. F. 2997.12); and as late as 1691 we find John Clarke appointed attorney to the Suffolk County Treasurer to sue Lamb as administrator to the Buckminster estate (S. F. 2997.25).]

### DAFFORN cont[a] EARLE

John Dafforn Attourny of James Matthews plaint. cont[a] Robert Earle prison keeper in Boston Defend[t] The plaint. was nonsut[d] in failure of power and costs allow[d] the Defend[t] Fourteen Shillings eight pence.

Execution issued. 19° July. 1681.

[ See Earle Acquitted, below, p. 1160.]

### WELD cont[a] HALL

Thomas Weld plaint. cont[a] Richard Hall & Elizabeth his wife Executrix of John Holbrooke dece[d] Defend[t] The plaint. was nonsut[d] in failure of process.

### BURDEN cont[a] LEVERETT

Stephen Burden plaint. cont[a] Hudson Leverett Defend[t] The plaint. withdrew his accion upon a judgem[t] acknowledged.

### FENO cont[a] ATHERTON

John Feno plaint. cont[a] Watching Atherton Defend[t] in an action of debt due upon bill according to Attachment. . . . The Jury . . . found for the plaint. Five pounds six Shillings money and one pound in English goods according to bill and costs of Court granted twenty four Shillings two pence.

Execution issued. 17° april. 1680.

### SHAW cont[a] NORTON

Joseph Shaw plaint. cont[a] William Norton Defend[t] in an accion of the case for witholding a Servant from this plaint. named John